**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER HOFFMAN, individually and on
behalf of all others similarly situated,

                        Plaintiff,

    -against-                                    22 **CIVIL** 397 (KMK)

                                                      **<u>JUDGMENT</u>**

KRAFT HEINZ FOODS COMPANY,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 7, 2023, Defendant's motion is granted. The Court has dismissed Plaintiff's Amended Complaint with prejudice and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York

        February 8, 2023

                                                              **RUBY J. KRAJICK**

                                                                _____
                                                                  **Clerk of Court**

                                       **BY:**        _K. Mango_

                                                                  _____
                                                                  **Deputy Clerk**